CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
DIANA M. RIVERA, ESQ.: STATE BAR NO.: 222025
**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-mail: cmay@tharpe-howell.com
E-mail: gsharaga@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GREER, | CASE NO. 1:12-CV-01096-LJO-JLT |
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE VOLUNTARY SETTLEMENT CONFERENCE** |
| v. | |
| LOWE'S HIW, INC. and DOES 1 to 20, inclusive, | **(Doc. 15)** |
| Defendant. | |

**ORDER**

Based upon the stipulation of the parties, it is hereby **ORDERED**:

1. The settlement conference currently set for May 23, 2013 is continued to **July 26, 2013** at 9:30 a.m.  All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated:  **May 15, 2013**          **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE

- 1 -