UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GREER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC. and DOES 1 to 20, inclusive,<br><br>　　　　　Defendant. | CASE NO. 1:12-CV-01096-LJO-JLT<br><br>**ORDER AFTER SETTLEMENT CONFERENCE** |

On November 27, 2013, the Court conducted a settlement conference with the parties at which time they were able to come to agreement to resolve the matter. Moreover, the parties exchanged settlement documents and Plaintiff and her counsel signed the agreement. Therefore, the Court **ORDERS**:

　　　1.　　No later than **December 2, 2013**, counsel for Plaintiff SHALL mail to Defendant's counsel, the signed settlement agreement;

　　　2.　　Defendant SHALL sign the settlement document and provide payment to Plaintiff no later than **December 13, 2013**;

　　　3.　　No later than **December 27, 2013**, a request for dismissal of the action with prejudice SHALL be filed;

///

///

1

5. All pending dates, motions, conferences and hearings are **VACATED**.

IT IS SO ORDERED.

Dated:   **November 27, 2013**                              **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE