CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
DIANA M. RIVERA, ESQ.: STATE BAR NO.: 222025
**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**
E-mail: cmay@tharpe-howell.com
E-mail: gsharaga@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GREER,<br><br>             Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC. and DOES 1 to 20, inclusive,<br><br>             Defendant. | CASE NO. 1:12-CV-01096-LJO-JLT<br><br>(Kern County Superior Court Case No. S-1500-CV-276128)<br><br>**ORDER ON VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

    IT IS HEREBY ORDERED that the Complaint of Plaintiff ANNA GREER is hereby dismissed in its entirety, with prejudice.  The clerk is directed to close this action.

IT IS SO ORDERED.

    Dated:   **December 18, 2013**          **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

- 1 -
ORDER ON VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(A)(1)
GREER V. LOWE'S, HIW, INC.
CASE NO. 1:12-CV-01096-LJO-JLT